# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2018

*The Court of Appeals hereby passes the following order:*

## A18E0051. TRICOLI v. WATTS et al.

Anthony Tricoli seeks an extension of time to file an application for discretionary appeal from the order of the Superior Court of DeKalb County granting defendants' motion for sanctions. The motion is hereby DENIED. See Court of Appeals Rule 31 (i).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/16/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*